
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKENNA, LAWRENCE M. | Southern District of New York | 06/03/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 500 Pearl Street (1640) New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADMINISTRATOR | ESTATE ▮▮▮▮▮▮▮▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN -8 A 11: 00 FINANCIAL DISCLOSURE OFFICE

McKenna, Lawrence M

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed (lawyer) ● |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CITIBANK (Checking) | | None | J | T | | | | | |
| 2. EMIGRANT SAVINGS BANK (Savings) | A | Interest | J | T | | | | | |
| 3. UBS PAINE WEBBER RET. MONEY FUND | A | Interest | J | T | | | | | |
| 4. LORD ABBETT INCOME FUND CLASS C (FUND) | A | Interest | J | T | | | | | |
| 5. LORD ABBETT GROWTH OPPORTUNITIES (FUND) | | None | J | T | | | | | |
| 6. ALTRIA (Common) | A | Dividend | J | T | | | | | |
| 7. IBM (Common) | A | Dividend | J | T | | | | | |
| 8. BIOSONICS (Common) | | None | J | T | | | | | |
| 9. MCI WORLD (Common) | | None | J | T | | | | | |
| 10. SONORAN (Common) | | None | J | T | | | | | |
| 11. MERCK (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 12. CISCO SYSTEMS (Common) | | None | J | T | | | | | |
| 13. AVAYA (Common) | | None | J | T | | | | | |
| 14. ASTROPOWER (Common) | | None | J | T | | | | | |
| 15. FIDELITY CASH RESERVES | A | Interest | | | Sold | 4/28 | L | A | |
| 16. FIDELITY STRUCTURED MIDCAP GROWTH (FUND) | | None | | | Sold | 3/5 | J | A | |
| 17. MONSANTO (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D (2) Date Month Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. EASTMAN KODAK (Common) (Stock Inv. Plan) | | None | J | T | | | | | |
| 19. H.J. HEINZ (Common) (Stock Inv. Plan) | | None | J | T | | | | | |
| 20. FIDELITY STRUCTURED MIDCAP (FUND) | | None | | | Sold | 3/5 | J | A | |
| 21. FIDELITY GROWTH & INCOME II (FUND) | A | Dividend | | · · | Sold | 3/5 | J | A | |
| 22. FIDELITY CONTRA FUND (FUND) | A | Dividend | | | Sold | 3/5 | J | A | |
| 23. FEDEX (Common) (Stock Invest. Plan) | A | Dividend | J | T | | | | | |
| 24. EXXON MOBIL (Common) | A | Dividend | J | T | | | | | |
| 25. HONDA MOTORS (Common) | A | Dividend | J | T | | | | | |
| 26. GOOGLE (Common) | | None | K | T | | | | | |
| 27. FIDELITY INT'L DISCOVERY (FUND) | A | Dividend | | | Sold | 3/5 | J | A | |
| 28. ALCATEL-LUCENT (ADR) | | None | J | T | | | | | |
| 29. WILLIAM BLAIR INT'L GROWTH FUND (FUND) | A | Dividend | J | T | | | | | |
| 30. DAVIS NY VENTURE FUND (FUND) | A | Dividend | J | T | | | | | |
| 31. DELAWARE INT'L VALUE EQUITY FUND (FUND) | A | Dividend | J | T | | | | | |
| 32 RS SMALLER CO. GROWTH FUND (FUND) | | None | | | Sold | 7/25 | J | A | |
| 33. T. ROWE PRICE VALUE FUND (FUND) | A | Dividend | J | T | | | | | |
| 34. JANUS ADVISOR FORTY FUND (FUND) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GAMCO GROWTH FUND (FUND) | | None | J | T | | | | | |
| 36. DWS CORE PLUS INCOME FUND (FUND) | A | Dividend | J | T | | | | | |
| 37. PIMCO HIGH YIELD FUND (FUND) | A | Dividend | J | T | | | | | |
| 38. AMERICAN CENTURY INT'L (BOND) | A | Dividend | J | T | | | | | |
| 39. ROYCE TOTAL RETURN FUND (FUND) | A | Dividend | J | T | | | | | |
| 40. CITIBANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 41. SB MONEY FUNDS CASH PORT. (FUND) | A | Dividend | J | T | | | | | |
| 42. DUPONT 4.50 PFD | A | Dividend | J | T | -- | | | | |
| 43. FIRST ENERGY (Common) | A | Dividend | J | T | | | | | |
| 44. KRAFT (Common) | A | Dividend | J | T | | | | | |
| 45. LSI LOGIC (Common) | | None | J | T | - | . | | | |
| 46. FIDELITY INT'L DISCOVERY (Fund) | A | Dividend | | | Sold | 3/5 | J | A | |
| 47. DREYFUS PREMIER EMERGING MARKETS (Fund) | A | Dividend | J | T | | | | | |
| 48. FIRST BANK OF PUERTO RICO (CD) | B | Interest | | | Matured | 2/14 | K | | |
| 49. CAPMARK BANK (CD) | A | Interest | | | Matured | 7/25 | J | | |
| 50. COUNTRYWIDE BANK (CD) | A | Interest | | | Matured | 12/12 | K | | |
| 51. ADVANTA BANK (CD) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PIMCO TOTAL RETURN FUND (FUND) | A | Dividend | J | T | | | | | |
| 53. PHILIP MORRIS (Common) | A | Dividend | J | T | Spinoff (from line 6) | 3/31 | K | | |
| 54. ALLIANZ 8.375% (BOND) | A | Interest | K | T | Buy | 6/3 | K | | |
| 55. HARDING LOEVNER EMERGING MA RKETS (FUND) | A | Dividend | J | T | Buy | 6/6 | J | | |
| 56. HARDING LOEVNER EMERGING MA RKETS (FUND) | A | Dividend | J | T | Buy | 7/24 | J | | |
| 57. LORD ABBETT DEVELOPING GROW TH (FUND) | A | Dividend | J | T | Buy | 7/24 | J | | |
| 58. LORD ABBETT AFFILIATED (FUND) | A | Dividend | J | T | Buy | 7/24 | J | | |
| 59. BANK OF BARODA (CD) | A | Interest | K | T | Buy | 8/26 | K | | |
| 60. FIRST REGIONAL BANK-CA (CD) | A | Interest | J | T | Buy | 5/21 | J | | |
| 61. CITIGROUP 8.50% (PFD) | A | Interest | K | T | Buy | 5/6 | K | | |
| 62. NATIONAL CITY BANK OH (CD) | A | Interest | K | T | Buy | 8/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | I =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 06/03/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The estate listed in I.1 has no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544